**Order entered January 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01338-CV

### IN RE TOMMY LEE STEWART, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F81-12433-U**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Based on the court's opinion of this date, we **DENY** relator's October 31, 2019 petition

for writ of mandamus.

/s/    CORY L. CARLYLE
          JUSTICE